1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   BRADLEY DEHAVEN, individually        NO. CIV. 2:10-3039 WBS DAD
     and on behalf of the General
13   Public of the State of
     California, LISA DEHAVEN,            ORDER TO SHOW CAUSE
14   individually and on behalf of
     the General Public of the
15   State of California

16          Plaintiffs,

17      v.

18   CHASE HOME FINANCE, LLC, a
     Limited Liability Company,
19   THEBANK OF NEW YORK MELLON
     TRUST COMPANY, N.A. F/K/A THE
20   BANK OF NEW YORK TRUST
     COMPANY, N.A., a business
21   entity of unknown type, J.P.
     MORGAN CHASE BANK, a
22   corporation and DOES 1 to 50

23          Defendants.
     _____/
24

25                         ----oo0oo----

26          Plaintiffs Bradley and Lisa Dehaven brought this action

27   on November 10, 2010, arising from defendants' allegedly wrongful

28   foreclosure on plaintiffs' home.  Defendants have not yet

1

1   appeared in this action.

2        A Status (Pretrial Scheduling) Conference was scheduled

3   for April 18, 2011, and the parties were required to submit a

4   Joint Status Report by April 4, 2011.  Plaintiffs never filed a

5   status report.  The court's courtroom deputy attempted to contact

6   plaintiffs' counsel multiple times, and counsel stated on April

7   14, 2011, that he would "take care" of the matter.  The court

8   continued the Status (Pretrial Scheduling) Conference to May 2,

9   2011, to give plaintiffs an opportunity to file a status report.

10  Plaintiffs did not file a status report, nor did counsel for

11  plaintiff appear at the hearing.

12       A plaintiff's failure to prosecute or to comply with a

13  court order constitutes grounds for dismissal of the action.

14  Fed. R. Civ. P. 41(b).  The court does not wish to keep a case on

15  its docket, nor should it set discovery deadlines and a trial

16  date, when plaintiffs have no interest in prosecuting the action.

17  Accordingly, plaintiffs are ordered to show cause why the action

18  should not be dismissed for failure to prosecute.

19       IT IS THEREFORE ORDERED that within ten days of the

20  date of this Order, plaintiffs shall file a brief to show cause

21  why this action should not be dismissed for failure to prosecute.

22  In addition, plaintiffs shall file a status report as required by

23  the court's Status (Pretrial Scheduling) Conference Order (Docket

24  No. 5).  The Status (Pretrial Scheduling) Conference is continued

25  to June 13, 2011, at 2:00 p.m. in Courtroom No. 5.  Plaintiffs

26  are firmly cautioned that failure to comply with this Order will

27  ///

28  ///

result in dismissal of the action with prejudice.

DATED:  May 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3