UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRADLEY DEHAVEN, individually and on behalf of the General Public of the State of California, LISA DEHAVEN, individually and on behalf of the General Public of the State of California<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHASE HOME FINANCE, LLC, a Limited Liability Company, THEBANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., a business entity of unknown type, J.P. MORGAN CHASE BANK, a corporation and DOES 1 to 50<br><br>　　　　Defendants.<br>_____/ | NO. CIV. 2:10-3039 WBS DAD<br><br><u>ORDER RE: ORDER TO SHOW CAUSE</u> |

----oo0oo----

　　　　Plaintiffs Bradley and Lisa Dehaven brought this action on November 10, 2010, arising from defendants' allegedly wrongful foreclosure on plaintiffs' home.  Defendants have not yet

1

appeared in this action.  Following plaintiffs' failure to file a Status Report or appear at the Status (Pretrial Scheduling) Conference, the court ordered plaintiffs to file a brief to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Docket No. 8.)

Following the court's Order, plaintiffs filed a brief stating that "[d]ue to [plaintiffs' former counsel's] lack of communication and complete disregard for Plaintiffs' case, Plaintiffs were unaware of any deadlines, hearing dates, or orders from the Court in this matter." (Pls.' Response to Order to Show Cause Re Dismissal for Failure to Prosecute at 2:27-28 (Docket No. 14).)  Plaintiffs have since retained new counsel, which the court approved.  (Docket No. 13.)  Under the circumstances, the court is satisfied that this action should not be dismissed for failure to prosecute.

IT IS THEREFORE ORDERED that plaintiffs have shown cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Status (Pretrial Scheduling) Conference is continued to July 11, 2011, at 2:00 p.m. in Courtroom No. 5.  Pursuant to the Order setting the Status (Pretrial Scheduling) Conference, (Docket No. 5), the parties shall submit a <u>JOINT</u> Status Report fourteen (14) calendar days prior to the hearing date.

DATED:  June 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE