MICHAEL J. AGOGLIA (CA SBN 154810)
MAgoglia@mofo.com
JINA KIM (CA SBN 219294)
JKim@mofo.com
BARBARA BARATH (CA SBN 268146)
BBarath@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000

MICHAEL STUSIAK (BAR NO. 142952)
MStusiak@mofo.com
MORRISON & FOERSTER LLP
400 Capital Mall #2600
Sacramento, CA  95814
Telephone:    916.448.3200
Facsimile:    916.448.3222

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. AND JPMORGAN
CHASE BANK, N.A. AS SUCCESSOR BY MERGER TO
CHASE HOME FINANCE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DEHAVEN, LISA DEHAVEN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A., individually and as successor to CHASE HOME FINANCE, LLC; THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR CHASE MORTGAGE FINANCE TRUST SERIES 2007-S4; FIRST AMERICAN TITLE INSURANCE COMPANY dba FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.    2:10-cv-03039-WBS-DAD<br><br>**ORDER REGARDING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. William B. Shubb<br>Am. Complaint Filed: June 20, 2011 |

1  Pursuant to the Stipulation Regarding Request to Continue Case Management Conference and good cause so appearing, the case management conference currently scheduled for July 11, 2011 at 2:00 p.m., is hereby continued to **September 6, 2011 at 2:00 p.m.**  The parties shall file a joint case management statement no later than **August 22, 2011**.

IT IS SO ORDERED.

Date:  June 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE