1    MICHAEL J. AGOGLIA (CA SBN 154810)
     MAgoglia@mofo.com
2    JINA KIM (CA SBN 219294)
     JKim@mofo.com
3    BARBARA BARATH (CA SBN 268146)
     BBarath@mofo.com
4    MORRISON & FOERSTER LLP
     425 Market Street
5    San Francisco, California  94105-2482
     Telephone: 415.268.7000

6

7    MICHAEL STUSIAK (BAR NO. 142952)
     MStusiak@mofo.com
     MORRISON & FOERSTER LLP
8    400 Capital Mall #2600
     Sacramento, CA  95814
9    Telephone:     916.448.3200
     Facsimile:     916.448.3222

10

11    Attorneys for Defendants
     JPMORGAN CHASE BANK, N.A. AND JPMORGAN
     CHASE BANK, N.A. AS SUCCESSOR BY MERGER TO
12    CHASE HOME FINANCE LLC

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15

16

17    BRADLEY DEHAVEN, LISA DEHAVEN,

           Plaintiffs,

18      v.

19

20    JP MORGAN CHASE BANK, N.A., individually
     and as successor to CHASE HOME FINANCE,
     LLC; THE BANK OF NEW YORK MELLON
21    TRUST COMPANY, N.A. F/K/A THE BANK
     OF NEW YORK TRUST COMPANY, N.A., AS
22    TRUSTEE FOR CHASE MORTGAGE
     FINANCE TRUST SERIES 2007-S4; FIRST
23    AMERICAN TITLE INSURANCE COMPANY
     dba FIRST AMERICAN LOANSTAR TRUSTEE
24    SERVICES; and DOES 1 through 100, inclusive,

25           Defendants.

Case No.     2:10-cv-03039-WBS-DAD

**STIPULATION AND**
**[~~PROPOSED~~] ORDER**
**REGARDING FILING SECOND**
**AMENDED COMPLAINT,**
**MOTION TO DISMISS**
**BRIEFING SCHEDULE, AND**
**CONTINUANCE OF**
**SEPTEMBER 6, 2011**
**STATUS/PRETRIAL**
**SCHEDULING CONFERENCE**

Hon. William B. Shubb
Am. Complaint Filed: June 20, 2011

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

Pursuant to Civil Local Rule 6-144 (a), it is hereby stipulated by and between plaintiffs Bradley DeHaven and Lisa DeHaven ("Plaintiffs") and defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance, LLC ("Chase Defendants"), through their respective counsel, as follows:

WHEREAS:  On July 25, 2011, the Chase Defendants filed a motion to dismiss Plaintiffs' Amended Complaint scheduled for hearing on August 29, 2011(Dkt. No. 32); and

WHEREAS:  On August 12, 2011, Plaintiffs filed their opposition to the motion to dismiss (Dkt No. 34) asserting that Plaintiffs may amend their complaint as a matter of right under Federal Rule of Civil Procedure 15(a)(1), and attached a [Proposed] Second Amended Complaint (Dkt. Nos. 35-38); and

WHEREAS:  Although the Chase Defendants dispute whether Plaintiffs may amend their complaint as a matter of right, they do not intend to contest Plaintiffs' filing of Plaintiffs' Second Amended Complaint, which would moot the present motion to dismiss scheduled for hearing on August 29; and

WHEREAS:  On June 24, 2011, the Court continued a pending case management conference to September 6, 2011 in order to trail resolution of the Chase Defendants' original motion to dismiss (Dkt No. 30), and such an order of process remains appropriate;

**NOW, THEREFORE, PLAINTIFFS AND THE CHASE DEFENDANTS DO HEREBY STIPULATE AS FOLLOWS:**

1. The Chase Plaintiffs' motion to dismiss currently set for hearing on August 29, 2011 is taken off calendar.

2. Plaintiffs will file their Second Amended Complaint on or before Friday, August 19, 2011.

3. The Chase Defendants will file their motion to dismiss the Second Amended Complaint on or before Friday, September 9, 2011

4. Plaintiffs' opposition is due on or before Tuesday, September 27, 2011.

5. The Chase Defendants will file their reply brief in support of the motion to dismiss on or before Tuesday, October 4, 2011.

STIPULATION AND [PROPOSED] ORDER re SCHEDULING

1

1       6.      The hearing on Chase Defendants' motion to dismiss the Second Amended

2  Complaint will be scheduled for **Tuesday, October 11, 2011, at 2:00 p.m.** in Courtroom 5.

3

4       7.      The Case Management Conference presently scheduled for Tuesday, September 6,

5  2011 at 2:00 p.m. in Courtroom 5 will be continued to **Monday, November 14, 2011 at 2:00**

6  **p.m.** in Courtroom 5.  The parties will file their joint case management conference statement

7  **no later than October 31, 2011.**

8  Dated: August 18, 2011            MICHAEL STUSIAK
                                     MORRISON & FOERSTER LLP

9

10                                 By:    /s/ Michael Stusiak
                                            MICHAEL STUSIAK

11                                    Attorneys for Defendants

12                                    JPMorgan Chase Bank and N.A., and
                                      JPMorgan Chase Bank, N.A. as

13                                    successor by merger to Chase Home
                                      Finance LLC

14

15  Dated: August 18, 2011            JOHN S. SARGETIS
                                      STEPHEN J. FOONDOS

16                                    UNITED LAW CENTER

17                                 By:    /s/ John S. Sargetis
                                            JOHN S. SARGETIS

18                                    Attorneys for Plaintiffs

19                                    Bradley DeHaven and Lisa DeHaven

20        **IT IS SO ORDERED:**

21

22  **DATED:  August 22, 2011**

23

24                          WILLIAM B. SHUBB

25                          UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

sa- 64344

1    I, Michael Stusiak, am the ECF User whose ID and password are being used to file this

2    STIPULATION AND [PROPOSED] ORDER REGARDING FILING SECOND AMENDED

3    COMPLAINT, MOTION TO DISMISS BRIEFING SCHEDULE, AND CONTINUANCE OF

4    SEPTEMBER 6, 2011 STATUS/PRETRIAL SCHEDULING CONFERENCE.  In compliance

5    with General Order 45, X.B., I hereby attest that John S. Sargetis has concurred in this filing.

6    Dated: August 18, 2011                              MORRISON & FOERSTER LLP

7

8                                                                 By:   /s/ Michael Stusiak

9                                                                         MICHAEL STUSIAK

10                                                                     Attorneys for Defendants
                                                                         JPMorgan Chase Bank and N.A., and
                                                                         JPMorgan Chase Bank, N.A. as
11                                                                     successor by merger to Chase Home
                                                                         Finance LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING

sa- 64344